# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANUEL LOZANO RODRIGUEZ, <br><br> Plaintiff, <br> v. <br><br> UR MENDOZA JADDOU, et al., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: 2:22-cv-01090-RAJ |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Defendants Ur Mendoza Jaddou, Alejandro Mayorkas, Anne Arries Corsano and Yasser O. Navarrete, against Plaintiff Manuel Lozano Rodriguez.

DATED this 19th day of January, 2023.

RAVI SUBRAMANIAN,
Clerk of the Court

By: */s/ Victoria Ericksen*
Deputy Clerk